**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **MICHAEL BRYANT, JOHN DRAKE, BECKY KELLEY and HERBERT LOWE,** | |
| **Plaintiffs,** | |
| **v.** | **1:04-cv-2462-WSD** |
| **VERNON JONES, MARILYN BOYD DREW, MORRIS WILLIAMS, RICHARD STOGNER and JOE STONE in their individual capacities and in their official capacities,** | |
| **Defendants.** | |

# ORDER

This matter is before the Court on Defendants Drew's and Williams' (the "Moving Defendants") Motion to Compel Answers to an Interrogatory [83]. The Motion was considered briefly at the Court's motions hearing on April 27, 2005, but ruling on the motion was deferred.

The interrogatory at issue is Interrogatory No. 8, which states:

> If you are claiming or intend to claim any damages for emotional distress, pain or injury, wounded feelings, mental anguish, upset and trauma, pain and suffering, loss of consortium, loss of enjoyment of life, or any other kind of non-pecuniary loss, state the name, address,

> and telephone number of every physician or other health care professional (including, but not limited to, all psychiatrists, psychologists, dentists, nurses, physicians' assistants, social workers, counselors, hospitals, clinics, and other practitioners of the healing arts, who examined, treated, or otherwise consulted with you or your physicians since January 1, 1994, regarding any injury, illness, physical, emotion or mental condition; routine, general or annual physical examination; employment related examinations; examinations prior to entry into or discharge from military service; examinations for participation in sports, athletics, or weight control activities; and examinations prior to admission to any organization or school. For each such physician or healthcare professional, indicate the periods or time during which such examination, treatments, or consultations occurred.[1]

At the April 27, 2005 hearing, the Court required Plaintiffs to specify the physical manifestations of the alleged emotional distress Plaintiffs allege to have suffered as a result of the discrimination claimed in their Complaint. The Court stated it would rule on the appropriate scope of discovery required by Interrogatory No. 8 after this supplementation was made.

On May 3, 2005, Plaintiffs made the required supplementation. Having reviewed the information provided by Plaintiffs, the Court finds that the information requested in Interrogatory No. 8 is relevant to the claims asserted by them in this

---

[1] The Court notes that discovery and review of discovery by the Court is facilitated by succinct and carefully drafted discovery requests.

action. Accordingly,

**IT IS HEREBY ORDERED** that the Moving Defendants' Motion to Compel Answers to an Interrogatory [83] is **GRANTED**. Plaintiffs are hereby ordered to provide the information requested in Interrogatory No. 8 on or before June 17, 2005.

**SO ORDERED**, this 8th day of June, 2005.

WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE