# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:04-cv-02462-WSD
## Bryant et al v. Jones et al
## Honorable William S. Duffey, Jr.

Minute Sheet for proceedings held In Open Court on 3/23/10.

TIME COURT COMMENCED: 8:54 A.M.
TIME COURT CONCLUDED: 5:19 P.M.
TIME IN COURT: 7:47

COURT REPORTER: Nick Marrone
DEPUTY CLERK: Jessica Birnbaum

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Christopher Anulewicz representing Becky Kelley, et al<br>Michael Bowers representing Becky Kelley, et al<br>Kerri Gildow representing Marilyn Boyd Drew, et al<br>James Hollis representing Becky Kelley, et al<br>K. Khoury representing Becky Kelley, et al<br>John Morgan representing Becky Kelley, et al<br>Sharon Morgan representing Vernon Jones<br>Robert Remar representing Marilyn Boyd Drew, et al<br>Dwight Thomas representing Vernon Jones<br>Brent Wilson representing Vernon Jones |
| PROCEEDING CATEGORY: | Jury Trial Continued |
| MINUTE TEXT: | The Court convened outside presence of jury to take up Dft Vernon Jones' Motion for mistrial. The Court heard argument from counsel; the Court denied the Motion for mistrial. Defense counsel objected to the taped conversation of Dft Morris Williams and Joe Stone being entered into evidence. The Court overruled the objection; the audio tape will be played at trial. A matter regarding Ms. Kelley's testimony was deferred. Jury entered at 9:11. Pff's case-in-chief began. Witness Mike Amato sworn and testified. Cross-examination. D-120, D-221 admitted. Witness Joe Stone sworn and testified. P-182, P-112, P-300, P-279 admitted. P-175, P-176, P-113 marked. Cross-examination. Re-direct. Outside presence of jury, the Court ruled that Pff Kelley's testimony that the Court early deferred ruling on would be allowed. Defense objected; the Court overruled the objection. Dft Morris Williams sworn and testified. P-3, P-280 admitted. Cross-examination. Re-direct. Witness Faye McCommon sworn and testified. P-175, P-176, P-113, P-68, P-69 admitted. Cross-examination. Re-direct. P-73 admitted. P-76, P-78 marked. Lunch 1:03-1:41. The Court heard argument on Dft Jones' objection to Pffs' solicitation of testimony from Eddie Moody involing Rev. Jackson; the Court sustained Dft's objection. Pffs |

| | |
|---|---|
| | shall not solicit this testimony. Jury re-entered. Witness Eddie Moody sworn and testified. Cross-examination. Re-direct. Based on testimony solicited during cross, the Court allowed testimony on re-direct re Rev. Jackson. P-129 admitted. Dft Becky Kelly sworn and testified. P-33, P-183 admitted. P-181 marked. Limiting instruction given. P-187, P-185 admitted. Limiting instruction given. P-204, P-34, P-301 admitted. P-178 marked. P-41 admitted. P-45 marked. P-179 admitted. Cross-examination. D-13, D-122, D-123, D-200, D-227, D-5 admitted. Cross-examination. D-10, D-11, D-12 marked; D-10 and D-12 later admitted. Limiting instruction given. Court adjourned at 5:19 for the day. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 a.m. Wednesday. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |