IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KRISTY BRYANT YULE, as Temporary Administrator of the Estate of MICHAEL BRYANT, JOHN DRAKE, BECKY KELLEY, AND HERBERT LOWE**<br><br>                 **Plaintiffs,**<br><br>v.<br><br>**VERNON JONES, MARILYN BOYD DREW, MORRIS WILLIAMS and RICHARD STOGNER in their individual capacities and in their official capacities,**<br><br>                 **Defendants.** | 1:04-cv-2462-WSD |

## JUDGMENT

This action came on for trial before the Court and a jury, Honorable William S. Duffey, Jr., District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Kristy Bryant Yule, as Temporary Administrator to the Estate of Michael Bryant, recover $42,000.00 against Defendant DeKalb County, $15,750.00 against Defendant Vernon Jones, $31,500.00 against Defendant Marilyn Boyd Drew, and $15,750.00 against Defendant Richard Stogner;

**IT IS HEREBY FURTHER ORDERED AND ADJUDGED** that Plaintiff John Drake recover $32,000.00 against Defendant DeKalb County, $12,000.00 against Defendant Vernon Jones, $24,000.00 against Defendant Marilyn Boyd Drew, and $12,000.00 against Defendant Richard Stogner;

**IT IS HEREBY FURTHER ORDERED AND ADJUDGED** that Plaintiffs Becky Kelley and Herbert Lowe take nothing;

**IT IS HEREBY FURTHER ORDERED AND ADJUDGED** that this action be, and the same hereby, is **DISMISSED**.

Dated at Atlanta, Georgia, this 2nd day of April, 2010.

JAMES N. HATTEN, CLERK

By:  S/ Jessica Birnbaum
     Deputy Clerk

Filed in the Clerk's Office
April 2, 2010
James N. Hatten, Clerk
By:  S/ Jessica Birnbaum
    Deputy Clerk