UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KRISTY BRYANT YULE, as Temporary Administrator of the Estate of Michael Bryant, JOHN DRAKE, BECKY KELLEY, and HERBERT LOWE,

    Plaintiffs,

vs.

VERNON JONES, MARILYN BOYD DREW, MORRIS WILLIAMS, RICHARD STOGNER and JOE STONE, in their individual capacities and their official capacities,

    Defendants.

CIVIL ACTION FILE

NO. 1:04-cv-2462-WSD

## J U D G M E N T

This action having come before the court, Honorable William S. Duffey, Jr., United States District Judge, for consideration of defendant Joe Stone's Renewed Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiffs take nothing as to this defendant; that this defendant recover its costs of action, and the action be, and the same hereby is, **dismissed** as to defendant Joe Stone.

Dated at Atlanta, Georgia, this 5th day of April, 2010.

                        JAMES N. HATTEN
                        CLERK OF COURT

              By:  s/ Denza F. Bankhead
                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office on April 5, 2010
James N. Hatten, Clerk of Court

By: s/ Denza F. Bankhead
     Deputy Clerk