# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

KRISTY BRYANT YULE, as
Temporary Administrator of the
Estate of MICHAEL BRYANT,
JOHN DRAKE, BECKY KELLEY
and HERBERT LOWE,

      Plaintiffs,

vs.

VERNON JONES, MARILYN BOYD
DREW, MORRIS WILLIAMS,
RICHARD STOGNER, in their individual
capacities, and DEKALB COUNTY,
GEORGIA,

      Defendants.

CIVIL ACTION FILE

NO. 1:04-cv-2462-WSD

## J U D G M E N T

   This action having come before the court, Honorable William S. Duffey, Jr., United States District Judge, for consideration of Plaintiffs' Motion for Attorneys' Fees and Expenses, and the court having **granted** said motion, it is

   **Ordered and adjudged** that Plaintiffs recover from Defendants attorneys' fees in the amount of $1,788,835.50 and expenses in the amount of $102,292.80, for a total award of $1,891,128.30.

   Dated at Atlanta, Georgia this 21st day of October, 2010.

      JAMES N. HATTEN, CLERK OF COURT

     By:  _s/ Denza F. Bankhead_
        Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office on October 21, 2010

James N. Hatten, Clerk of Court
By: _s/ Denza F. Bankhead_
   Deputy Clerk