IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-15363-BB

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 17 2011
JOHN LEY
CLERK

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
MAY 18 2011
JAMES N. HATTEN, CLERK
By: Deputy Clerk

JOHN DRAKE,

Plaintiff - Appellee,

KRISTY BRYANT YULE,
Temporary Administrator,

Movant - Appellee,

versus

CEO DEKALB CO. VERNON JONES,

Defendant - Appellant,

No. 10-15367-BB

MICHAEL BRYANT,
JOHN DRAKE,
BECKY KELLEY,
HERBERT LOWE,

Plaintiffs - Appellees,

versus

CEO DEKALB CO. VERNON JONES,
MARILYN BOYD DREW,
RICHARD STOGNER,
DEKALB COUNTY, GEORGIA,

Defendants - Appellants.

No. 10-15368-BB

JOHN DRAKE,

                                                Plaintiff-Appellee,

KRISTY BRYANT YULE,
Temporary Administrator,

                                                Movant - Appellee,

versus

MARILYN BOYD DREW,
RICHARD STOGNER,
DEKALB COUNTY, GEORGIA,

                                                Defendants - Appellants.

Appeal from the United States District Court for the
Northern District of Georgia

BEFORE:    BARKETT and MARCUS, Circuit Judges.

BY THE COURT:

    Now before the Court in these appeals are the parties' "Joint Notice[s] of Indicative Ruling and Request[s] for Immediate Remand," construed as motions to remand this matter in full to district court in light of the court's "Indicative Order on Motion to Vacate Judgment."

    The motions are GRANTED, and this matter is REMANDED in light of the district court's order.

    The Clerk is directed to close the file on these appeals.

A True Copy · Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia