IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KRISTY BRYANT YULE, as Temporary Administrator of the Estate of MICHAEL BRYANT and JOHN DRAKE,<br><br>    Plaintiffs,<br><br>v.<br><br>VERNON JONES, MARILYN BOYD DREW and RICHARD STOGNER, in their individual capacities, and DEKALB COUNTY, GEORGIA,<br><br>    Defendants. | CIVIL ACTION NO.:<br>1:04-CV-2462-WSD |

[~~PROPOSED~~ ORDER VACATING JUDGMENTS]

The parties' Joint Consent Motion to Vacate Judgments Entered on April 2, 2010 and October 21, 2010 having been duly considered, the same is hereby GRANTED.

Pursuant to Fed. R. Civ. P. 60(b)(5), the judgments entered in this case on April 2, 2010 [Document 470] and October 21, 2010 [Document 516] are hereby VACATED.

SO ORDERED this 23rd day of May, 2011.

WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE